
RECEIVED
IN MONROE, LA
FEB 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MAXO SAINTVILLE | CIVIL ACTION NO. 06-2360 |
| VERSUS | JUDGE ROBERT G. JAMES |
| IMMIGRATION & NATURALIZATION SERVICE | MAG. JUDGE KAREN L. HAYES |

## RULING

Before the Court is a Petition for Writ of *Habeas Corpus* [Doc. No. 1] filed by Petitioner Maxo Saintville ("Saintville") on November 13, 2006, in the United States District Court for the Northern District of Georgia. The case was transferred to this Court on December 18, 2006. In his petition, Saintville argues that his continued detention violates his constitutional rights under *Zadvydas v. Davis*, 533 U.S. 678 (2001).

On December 21, 2006, Magistrate Judge Robert Shemwell issued a Memorandum Order [Doc. No. 3] requiring Saintville to submit a filing fee or to complete and file a form to proceed in forma pauperis by January 22, 2007. Saintville failed to comply with this order.

On February 5, 2007, the Government filed a Motion to Dismiss [Doc. No. 6], supported by evidence showing that Saintville was deported to Haiti on November 27, 2006.

Because Saintville is no longer in custody and the only issue raised in his Petition is his continued detention, the Government's Motion to Dismiss is GRANTED, and Saintville's Petition is DISMISSED AS MOOT.

MONROE, LOUISIANA, this 6 day of February, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE